AUSA Guess

# United States District Court

For the Western District of Texas
Austin Division

**FILED**
November 10, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____kf_____
DEPUTY

| | |
|---|---|
| United States of America, § | |
| § | |
| v. § | Case Number: **1:25-MJ-1066** |
| § | |
| **Efrain Hernandez-Barrios** § | |
| Aka: Barios Hernandez, § | |
| Efrain Hernandez Barrios, § | |
| Efrain Hernandez, Efrain | |
| Hernandezbarrios, Efrain | |
| Hernandezbarrios, Q, Q, X | |
| Unknown | |

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **October 09**, **2025**, in the county of **Caldwell**, in the Western District of Texas, the defendant, **Efrain Hernandez-Barrios**, violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **October 09, 2025,** the defendant, an alien, was found in the Caldwell County Jail, in Lockhart Texas, within the Western District of Texas**.** A deportation officer lodged a detainer after identifying the defendant, and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Mexico** on or about **May 18**, **2017**, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

_____ #10992
Signature of Complainant (B. Hayman)
Deportation Officer
Immigration and Customs Enforcement

Submitted and sworn to electronically and signed by me pursuant to Fed. R. Crim P. 4.1 and 4(d)

| | | |
|---|---|---|
| **November 10, 2025** | | Austin, Texas |
| _____ | at | _____ |
| Date | | City and State |

Mark Lane
United States Magistrate Judge
_____    _____
Name & Title of Judicial Officer          Signature of Judicial Officer